**FILED**

JUN 11 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:24-cr-084 |
| v. | INDICTMENT |
| VICTOR ALFONSO CARRILLO, also known as "Vic," | T. 21 U.S.C. § 841(a)(1)<br>T. 21 U.S.C. § 841(b)(1)(A)<br>T. 21 U.S.C. § 841(b)(1)(B) |
| Defendant. | T. 21 U.S.C. § 846 |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Conspiracy to Distribute Controlled Substances)

From a date unknown, but by at least in or about February 2020, and continuing until in or about August 2020, in the Southern District of Iowa and elsewhere, the defendant, VICTOR ALFONSO CARRILLO, also known as "Vic," conspired with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute a controlled substance, namely: 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846, 841(b)(1)(A), and 841(b)(1)(B).

1

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
### (Conspiracy to Distribute a Controlled Substance)

From a date unknown, but by at least in or about December 2023, and continuing until in or about April 2024, in the Southern District of Iowa and elsewhere, the defendant, VICTOR ALFONSO CARRILLO, also known as "Vic," conspired with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kristin M. Herrera
Assistant United States Attorney