**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　Plaintiff,<br>vs.<br>**VICTOR ALFONSO CARRILLO,**<br>　　Defendant. | Case No. 4:24-cr-0084<br><br>**MOTION TO WITHDRAW** |

**COMES NOW** the undersigned and hereby moves to withdraw from further representation of the Defendant, Victor Alfonso Carrillo, and in support thereof states:

1. The undersigned was appointed to represent the Defendant on or about August 30, 2024.

2. Upon reviewing the discovery materials produced by the government, the undersigned has identified a conflict of interest that prevents her from continuing to represent Defendant.

**WHEREFORE**, the undersigned respectfully requests she be withdrawn from further representation of the Defendant and that a new attorney be appointed to represent him.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**FLANAGAN LAW GROUP, PLLC**
　　　　　　　　　　　　　　　　　108 Third Street, Suite 300
　　　　　　　　　　　　　　　　　Des Moines, Iowa 50309
　　　　　　　　　　　　　　　　　Telephone:　(515) 244-5575
　　　　　　　　　　　　　　　　　Facsimile:　(515) 244-5901
　　　　　　　　　　　　　　　　　AMFlanagan@flanaganlawgroup.com
　　　　　　　　　　　　　　　　　**ATTORNEY FOR DEFENDANT**

　　　　　　　　　　　　　　　　　___/s/ Andrea M. Flanagan_____
　　　　　　　　　　　　　　　　　BY:  ANDREA M. FLANAGAN
　　　　　　　　　　　　　　　　　Pin No. AT0002619

**Certificate of Service**

The undersigned certifies that the foregoing instrument was electronically filed on October 7, 2024, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

                                                                                       */s/ Andrea M. Flanagan*