IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 4:24-cr-00084-RGE-HCA |
| Plaintiff, | : | |
| Vs. | : | |
| VICTOR ALFONSO CARRILLO, | : | MOTION TO CONTINUE TRIAL AND RESET RELATED DEADLINES |
| Defendant. | : | |

---

COMES NOW The Defendant, through Brent D. Rosenberg as counsel, and hereby moves the court for an order continuing trial in this matter and resetting related deadlines and, in support thereof, further states as follows:

1. Trial in this matter is presently set for October 28, 2024. Various other related deadlines have already passed or a coming up very shortly.

2. The Defendant's previously appointed counsel was required to withdraw upon discovery of a conflict.

3. This counsel was appointed and first appeared yesterday. A proposed stipulated discovery order has been executed by the parties and submitted to the court but not yet entered.

4. Accordingly, counsel has not yet reviewed the discovery in this matter or had an opportunity to consult with the Defendant about the facts of the case and his options.

5. Counsel has conferred with both counsel for the government and the Defendant with regard to this motion and neither objects to a reasonable continuance as hereby proposed. In consultation with counsel for the government, the parties believe that a trial date in late January or any time in February, 2025, is the best option.

6. Accordingly, the Defendant respectfully requests that the court enter an order continuing trial to a date within that period and resetting all related deadlines consistent with that date.

7. This is the first motion to continue filed in this matter, such a continuance is in the interests of justice and the Defendant hereby consents to such a continuance and waives any speedy trial rights inconsistent with this request.

**Brent D. Rosenberg**
400 Locust Street, Suite 380
Des Moines, Iowa 50309
Telephone:   (515) 288-6440
FAX:              (515) 288-6448
Email:            bdr@bdriowalaw.com

By: /S/ Brent D. Rosenberg
**COUNSEL FOR DEFENDANT**
**VICTOR ALFONSO CARRILLO**

**Original filed.**

**Copy to:**

Ms. Kristen Herrera, Asst. United States Attorney, 210 Walnut Street, Suite 455, Des Moines, Iowa 50309

**COUNSEL FOR THE GOVERNMENT**

**PH: (515) 473-9300**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was electronically filed on October 9, 2024, with the Clerk of Court using the ECF system which will result in service on the above-named parties at their respective addresses disclosed on the pleadings

Signature:    /S/ Brent D. Rosenberg