IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 4:24-cr-00084-RGE-HCA |
| Plaintiff, | : | |
| Vs. | : | |
| VICTOR ALFONSO CARRILLO, | : | MOTION TO WITHDRAW AS APPOINTED COUNSEL |
| Defendant. | : | |

COMES NOW The Defendant, through Brent D. Rosenberg as appointed counsel, and hereby moves the court for leave to withdraw as counsel and, in support thereof, further states as follows:

1. Irreconcilable differences have arisen between this counsel and Mr. Carillo such that there has been a breakdown in the attorney/client relationship.

2. I believe both parties desire to terminate the attorney/client relationship and Mr. Carillo desires to be represented by new counsel.

3. Accordingly, counsel requests that the court set a hearing on this matter at its earliest convenience and grant leave to withdraw.

WHEREFORE, counsel respectfully requests that the court grant the requested relief with all findings as necessary.

**Brent D. Rosenberg**
400 Locust Street, Suite 380
Des Moines, Iowa 50309
Telephone:   (515) 288-6440
FAX:              (515) 288-6448
Email:           bdr@bdriowalaw.com

By: /S/ Brent D. Rosenberg
**COUNSEL FOR DEFENDANT**
**VICTOR ALFONSO CARRILLO**

**Original filed.**

**Copy to:**

Ms. Kristen Herrera, Asst. United States Attorney, 210 Walnut Street, Suite 455, Des Moines, Iowa 50309

**COUNSEL FOR THE GOVERNMENT**

**PH: (515) 473-9300**

### PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was electronically filed on December 18, 2024, with the Clerk of Court using the ECF system which will result in service on the above-named parties at their respective addresses disclosed on the pleadings

Signature:    /S/ Brent D. Rosenberg