IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 4:24-cr-00084-RGE-HCA |
| VICTOR ALFONSO CARRILLO, | ORDER |
| Defendant. | |

Defendant Victor Alfonso Carrillo's Motion to withdraw as appointed counsel [28] came on for hearing on 12/23/2024. Assistant U.S. Attorney Mallory Weiser appeared for the government. Attorney Brent D. Rosenberg appeared with defendant. Defense counsel and defendant were given an opportunity, outside the presence of the government, to make a record as to the basis for the motion for substitute counsel.

Defendant's motion for substitution of counsel is analyzed under the Eighth Circuit's "justifiable dissatisfaction" standard. *See United States v. Jones*, 795 F.3d 791, 796 (8th Cir. 2015). Under this standard, a criminal defendant must show "justifiable dissatisfaction" to warrant substitution of counsel, such as "a conflict of interest, an irreconcilable conflict, or a complete breakdown in communication between the attorney and the defendant." *United States v. Exson*, 328 F.3d 456, 460 (8th Cir.), *cert. denied*, 540 U.S. 1011 (2003). In reaching the ruling on Defendant's motion, the Court has balanced the relevant factors, including the need to ensure effective legal representation, the need to thwart abusive delay tactics and appointed counsel shopping by the defendant, the timing of the current trial date and whether new counsel can be prepared by the current trial date, and the reality that a person accused of a crime is often genuinely unhappy with an appointed counsel who is nonetheless doing a good job.

2

For the reasons stated on the record, made in the government's absence, the motion is granted. Brent D. Rosenberg (CJA)'s appearance may be terminated. The Clerk shall appoint substitute CJA counsel to represent defendant Victor Alfonso Carrillo. If retained counsel requires additional time to prepare for trial, counsel should file an appropriate motion.

IT IS SO ORDERED.

Dated December 23, 2024.

*Helen C. Adams*
Helen C. Adams
U.S. Magistrate Judge